## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Adam Huddleston
Attorney At Law
P. O. Box 4598
Pineville LA 71361-4958

**REHEARING ACTION: December 14, 2016**

**Docket Number: 16   00188-KA**

**STATE OF LOUISIANA**
**VERSUS**
**ROBERT E. SMITH**

**Appealed from Avoyelles Parish Case No. 184927**

**BEFORE JUDGES:**

> **Hon. Ulysses Gene Thibodeaux**
> **Hon. Shannon J. Gremillion**
> **D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Robert E. Smith** has this day been

> **DENIED.**

cc: Hon. Charles A. Riddle, III, Counsel for the Appellee
    Jonathan T. Gaspard, Counsel for the Appellee